JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDWARD ERMITANO,<br><br>    Petitioner,<br><br>    v.<br><br>C.Y. TAMPKINS, WARDEN,<br><br>    Respondent. | NO. EDCV 12-00714-JFW (MAN)<br><br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 10, 2014.

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE